UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIT EDWARD CAPLAN,

           Plaintiff,

-vs-                                              Case No. 6:13-cv-311-Orl-28TBS

COMMISSIONER OF SOCIAL
SECURITY,

           Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's appeal from a final decision of the Commissioner of Social Security ("Commissioner") denying his application for benefits. The United States Magistrate Judge has submitted a report recommending that the motion be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 30, 2013 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Commissioner's final decision in this case is **REVERSED** and the matter is **REMANDED** for further proceedings consistent with the findings in the Report and Recommendation pursuant to 42 U.S.C. § 405(g) (Sentence Four).

3. The Clerk is directed to enter judgment in favor of Plaintiff and thereafter close this file.

DONE and ORDERED in Chambers, Orlando, Florida this 21st day of January, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record