**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRIT EDWARD CAPLAN,**

        **Plaintiff,**

**-vs-**                                     **Case No.  6:13-cv-311-Orl-28TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 18) filed February 18, 2014.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 19, 2014 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 18) is **GRANTED**.

    3.    Plaintiff is awarded attorney's fees in the amount of $2,660.00, and costs in the amount of $350.00, for a total of $3,010.00.

4. The $3,010.00 is to be paid to Plaintiff's counsel if the Department of the Treasury determines that Plaintiff does not owe a debt to the government.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 11th day of March, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record